# Supreme Court of the United States

No.     15-7

**UNIVERSAL HEALTH SERVICES, INC.,**

Petitioner

v.

**UNITED STATES AND MASSACHUSETTS, EX REL. JULIO ESCOBAR AND CARMEN CORREA**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Universal Health Services, Inc. recover from United States and Massachusetts, ex rel. Julio Escobar and Carmen Correa Four Thousand Three Hundred and Ninety-eight Dollars and Eighty-seven cents ($4,398.87) for costs herein expended.

June 16, 2016

**Printing of record:**   $4,098.87
**Clerk's costs:**            300.00
**Total:**                $4,398.87

A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States

By: /s/ Cynthia Rapp

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 18, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck,
 Untereiner & Sauber LLP
1801 K Street, N. W.
Suite 411
Washington, D. C. 20006

> Re: Universal Health Services, Inc.
> v. United States and Massachusetts, ex rel. Julio Escobar
> and Carmen Correa,
> No. 15-7

Dear Mr. Englert:

Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$4,098.87** |
| **Clerk's costs:** | **300.00** |
| **Total:** | **$4,398.87** |

This amount may be recovered from the respondents

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc: Mr. David C. Frederick, Esq.
 Mr. Ian H. Gershengorn, Esq.
 Clerk, USCA for the First Circuit (Your docket No. 14-1423)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 18, 2016

Clerk
United States Court of Appeals
 for the First Circuit
U. S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

    Re:  Universal Health Services, Inc.
          v. United States and Massachusetts, ex rel. Julio Escobar
          and Carmen Correa,
          No. 15-7 (Your docket No. 14-1423)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                                    Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                    By

                                    Herve' Bocage
                                    Judgments/Mandates Clerk

Enc.
cc:    Mr. Roy T. Englert, Jr., Esq.
         Mr. David C. Frederick, Esq.
         Mr. Ian H. Gershengorn, Esq.