DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA and
COMMONWEALTH OF MASSACHUSETTS
*ex rel.* JULIO ESCOBAR and CARMEN
CORREA, ADMINISTRATRIX OF THE
ESTATE OF YARUSHKA RIVERA

    Relators–Plaintiffs,

v.

UNIVERSAL HEALTH SERVICES, INC.,
UHS OF DELAWARE, INC., and HRI
CLINICS, INC.

    Defendants.

C.A. No. 11-CV-11170-DPW

# DECLARATION OF SIMON FISCHER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, SIMON FISCHER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am an associate of the law firm Greene LLP, and I represent Carmen Correa and Julio Escobar (collectively, the "Relators") in this matter.

2. During discovery Defendants produced Edward Keohan's appointment books for the years 2007, 2010 and 2011. Defendants contend that Keohan kept track of his supervision sessions with Arbour Lawrence clinicians in these books. The appointment books do contain entries that appear to represent appointments with Arbour Lawrence clinicians, but there also appear to be other types of entries.

3. Keohan testified that in 2017, on the advice of counsel, he went through each of the appointment books and made lists of the appointments with Arbour Lawrence clinicians that were entered in the appointment books and which he claimed to be supervision appointments. Using the datebook he

created a separate list for each year. Keohan testified that the lists were intended to be a summary or compilation of the information that was contained in the date books. Keohan Dep., Exhibit D to the Declaration of Michael Tabb in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Tabb Declaration") at 209:3-212:9. Defendants produced the three handwritten lists in discovery. Attached hereto as Exhibits 1-3.

4. According to HRI's Fourth Supplemental Interrogatory Response at Attachment B, seventy eight clinicians practiced at Arbour Lawrence.[1]

5. According to billing records produced by the Defendants for the relevant period Defendants billed the MassHealth Payors for the services of forty-three unlicensed clinicians who worked at Arbour Lawrence:

| Clinician | Date of employment | Degree | MA License |
| --- | --- | --- | --- |
| Stephen Addison | 09/05/2005 - 12/31/2011 | BSW; MSW | None |
| Reinaldo Betances | 04/04/2011-12/31/2011 | BA; MSW | None |
| Sarah A. Birmingham | 5/19/2008 - 12/31/2011 | BA; MA | None |
| Marc Borkheim | 1995-10/6/2010 | PhD; BA; BA | None |
| Diana Casado | 1/1/2005 - 12/31/2009 | MA | None |
| Yakaira Cook | 5/14/2008 - 12/31/2011 | BSW; MSW | None |
| Rosario Cruz | 3/10/2008 - 12/31/2011 | BA; M.Ed | None |
| Lissa A. DiNuccio | 9/01/2007 - 12/31/2011 | AA; BA; MA (2009) | None |
| Juana Espinosa | 01/01/2009 - 12/31/2011 | BA; MSW | None |

---

[1] Although the interrogatory lists ninety seven clinicians, Defendants believed that 19 clinicians did not work at the Lawrence site because they billed minimal claims to MassHealth or medical care organizations affiliated with MassHealth (the "MassHealth Payors").

| Dulce Fiore | 11/01/2010 - 12/31/2011 | BS; MS; PhD | None |
|---|---|---|---|
| Nora Fonseca Zabriskie | 1994-08/22/2011 | BS; M.Ed; Doctoral Candidate | None |
| Anna Fuchu | 11/24/2008 - 12/31/2011 | BS; MS; Ph.D | None |
| Joseline Gonzalez | 2/12/2010 -Unable to Locate | BA; MSW | None |
| Maria Gonzalez | 8/19/2008-Unable to locate | BA; MA | None |
| Carmen Guzman | 10/29/2007-6/26/2009; 7/25/2011-12/31/2011 | BA; MSW | None |
| Loren Haberski | Unable to locate | MA | None |
| Shakira Hernandez-Lara | 7/18/2011-12/31/2011 | BA; MA Candidate | None |
| Evelyn Hidalgo | 7/11/2011 | Associates; BA; M.Ed; C.A.G.S. | None |
| Rhonda Hodges | Unable to locate | MA | None |
| Gary H. Johnson | 8/1/2009 | BA; MEd | None |
| Meghan Knight | Unable to locate - 7/15/2009 | Master's Degree | None |
| Elizabeth Loomis | 11/25/2009-12/31/2011 | BA; M.Ed candidate | None |
| Maritza Lopez | 9/20/2010-12/31/2011 | M.Ed | None |
| Katherine Louzek | 9/6/2006-7/2011 | BA; MSW; MS/BS candidate | None |
| Endry Matta | Unable to locate | BA; MA | None |
| Natalie Mersha | 10/16/2009-Unable to locate | BS; MS | None |
| Edward Micu | 10/7/2010 | BS;M.Ed | None |
| Laurie Milne | Unable to locate | Unable to locate | None |
| Andres G. Nino | 10/1993-7/18/2011 | BA; M.Ed; MA;Ph.D | None |
| Junice Nunez | 3/23/2011; -12/31/2011 | BS; MS | None |

| Norma Ortega | 03/2010-12/31/2011 | BA; M.Ed | None |
| --- | --- | --- | --- |
| Jennifer Ortega-Baird | Unable to locate | MSW | None |
| Maria Pereyra | 8/4/2004-12/31/2011 | BS; MSW | None |
| Beda Polanco | Unable to locate - 6/10/2011 | MSW | None |
| Marilyn Raices-Queliz | 9/2009-5/2010; 5/2010-12/31/2011 | BA; MA | None |
| Jose Rigueiro | 11/4/2004-Unable to locate | BS; MS | None |
| Alisha Rousselle | Unable to locate | MA Ed. | None |
| Carly Souza | 09/06/2011-12/31/2011 | BA; MSW | None |
| Lawrence Towler | 07/29/2003 - unable to locate | BA; M.Ed; CAGS | None |
| Charlotte Trenholm | Unable to locate | MSW | None |
| Viridania Valdez | Unable to Locate | MA | None |
| Mindy Wisman | Unablt to locate | MA Intern | None |
| Rose Evelayn Witkowski | 8/2006 - Unable to locate | MSW | None |

6. During the relevant period, Defendants also billed for five clinicians who worked at Arbour Lawrence who held LSWAs, LSWs, and LCSWs licenses:

| Clinician | Date of Employment | Degree | MA License |
| --- | --- | --- | --- |
| Nicolas Cruz | 1/1/2005 - 12/31/2009 | M.Ed | LSWA 2/20/2009 - 10/1/2010 |
| Belen Godwin | 6/9/2008-Unable to locate | MSW | LCSW 3/21/1995-Present |
| Jonathan N. Karanja | 3/26/2008-12/31/2011 | BS; MS; MPA; MSW | LCSW 8/21/2009-Present |
| Lillian Levesque | 10/21/2004-Unable to locate | BSW; MS | LSWA 5/18/1999-Present |

| Ann Marie Martinese | 2/1/1991-Unable to locate | BA; MSW | LCSW 3/8/1982-Present |

7. During the relevant period, another six clinicians who worked at Arbour Lawrence received their LMHC while concurrently practicing at Arbour Lawrence:

| **Clinician** | **Date of Employment** | **Degree** | **MA License** |
| --- | --- | --- | --- |
| Ruth E. Cabrera | 03/19/2007 - 12/31/2011 | BA; MEd | LMHC 10/21/2011 - Present |
| Eileen Casto | 1/1/2005 - 12/31/2009 | M.Ed; MS | LMHC 7/7/2010 - Present |
| Linda Coffin | 12/9/2002 - 12/31/2011 | BS; MA | LMHC 3/24/2006 - Present |
| Alissa Dillon | unable to locate | MA; M. Ed | LMHC 11/2/2007 - Present |
| Bibiana Lopez | 2/1998-12/31/2011 | BA; M.Ed | LMHC 7/16/2009-Present |
| Edwin Paukert | 6/2002-9/15/2008; 9/15/2008-12/31/2011 | BA; MA | LMHC 10/26/2005-Present |

8. Accordingly, during the relevant time period, fifty-four clinicians could provide reimbursable mental health services to MassHealth members only if they received clinical supervision of a qualified supervisor.[2] Almost 70 percent of all claims submitted to MassHealth Payors were furnished by unlicensed or non-independently licensed clinicians.

---

[2] This does not include Dr. Gaticales who could not practice independently and required clinical supervision. This also does not include advanced practice nurses who could not provide reimbursable services related to medication management without clinical supervision from a qualified psychiatrist.

5

9. Keohan's handwritten lists did not include the names of all Arbour Lawrence clinicians requiring clinical supervision. His list only contained the name of 30 clinicians who practiced at Arbour Lawrence:[3]

1. Renaldo Betances
2. Ann Bor
3. Sarah Birmingham
4. Anna Cabacoff
5. Diana Casado
6. Eileen Casto
7. Alissa Dillon
8. Lisa Dinuccio
9. Belen Godwin
10. Joseline Gonzalez
11. Shakira Hernandez
12. Evelyn Hidalgo
13. Beth Loomis
14. Bibiana Lopez
15. Maritza Lopez
16. Kate Louzek
17. Endry Matta
18. Natalie Mersha
19. Edward Micu
20. Laurie Milne
21. Junice Nunez
22. Jennifer Ortega-Baird
23. Norma Ortega
24. Maribel Ortiz
25. Edwin Paukert
26. Maria Pereyra
27. Carly Souza
28. Lawrence Towler
29. Mindy Wisman
30. Rosa Evelayn Witkowski

10. Using Keohan's lists, I created a spreadsheet which showed how many times Keohan had scheduled appointments with the Arbour Lawrence clinicians identified in his handwritten lists. For each clinician appearing on any of the lists, I tabulated how many appointments the clinician had with Keohan in each year. The spreadsheet was marked as Exhibit 14 at the Deposition of Edward Keohan attached as Exhibit AY to the Tabb Declaration.

11. Eighteen of the individuals identified on Keohan's lists were interns: Diana Casado, Eileen Casto, Alissa Dillon, Lisa Dinuccio, Josline Gonzalez, Shakira Hernandez, Evelyn Hidalgo, Beth Loomis, Bibiana Lopez, Maritza Lopez, Katherine Louzek, Endry Matta, Natalie Mersha, Laurie Milne, Junice Nunez, Jennifer Ortega-Baird, Carly Souza, and Mindy Wisemen. Keohan testified that interns were required to receive clinical supervision twice a week. Keohan Dep. 98:7-19. None of the individuals on Keohan's lists had appointments with Keohan at regular frequency of twice a week.

---

[3] Several clinicians found within Keohan's list were not identified as Arbour Lawrence clinicians within Defendants supplemental interrogatory response: Jessica Baily, Kate Faulker, Monica Intern, Rosanne Bartlett, Rosanne Metheson, Soba Gey, and Tiffany Keyes. In addition, some of the clinicians within Keohan's list were licensed for independent practice and therefore under no regulatory obligation to receive clinical supervision: Ann Bor, Anna Cabacoff, Edwin Paukert, and Maribel Ortiz. Accordingly, Keohan's lists possibly evidence his appointments with 26 unlicensed clinicians.

12. Fourteen interns at Arbour Lawrence do not appear on any of Keohan's lists: Stephen Addison, Ruth Cabrera, Linda Coffin, Rosario Cruz, Julie Dziki, Maria Gonzalez, Loren Haberski, Rhonda Hodges, Jonathan Karanja, Meghan Knight, Lindsay Perrone, Marilyn Raices-Queliz, Alisha Rousselle, Charlotte Trenholm.

13. Three individuals on Keohan's lists obtained their LMHC license while practicing at Arbour Lawrence: Alissa Dillon, Eileen Casto, and Bibiana Lopez. The Board of Allied Mental Health and Human Services requires that license applicants receive a minimum of "130 hours of supervision, of which a minimum of 75 hours must be in individual supervision." 262 CMR. 2.08. None of these clinicians, identified above, appeared in Keohan's lists with the requisite frequency—Ms. Dillon was only listed once, Eileen Casto was only listed six times, and Bibiana Lopez was only listed fifteen times.

14. The other clinicians who became licensed while practicing at Arbour Lawrence, (Ruth Cabrera and Linda Coffin), are absent from Keohan's lists.

15. Keohan's attestations on licensing applications are not supported by his own calendars. For example, Keohan attested to providing Maria Pereyra 328 hours of face-to-face clinical supervision from September 1, 2004 through May 25, 2012. *See* Ex. EJ to the Tabb Declaration. Yet, Pereyra only appears in Keohan's calendar ten times: five times in 2007, four times in 2010, and once in 2011. Similarly, Defendants claim that evidence of clinical supervision can be found in the licensing application for Bibiana Lopez. *See* Ex. ES to the Tabb Declaration. Keohan attested to providing 128 hours of individual supervision to Lopez from June 12, 2007, through June 12, 2009 — more than an hour of supervision per week. *Id.* at DPL0000760. Yet, Lopez only appears 15 times in Keohan's calendars.

16. The majority of clinicians practicing at Arbour Lawrence who required clinical supervision are completely absent from Keohan's lists—a total of twenty-nine clinicians. Anna Fuchu, Dulce Fiore, Andres Nino, and Marc Borkheim are all absent from Keohan's lists.

17. Defendants' interrogatory response identifies four psychiatrists who practiced at Arbour Lawrence during the relevant period: Dr. Maria Gaticales, Dr. Martin Hart, Dr. Phillip Hill, and Dr. Nathan Sidley. Defendants represented that Dr. Gaticales, Dr. Hart, and Dr. Sidley all began their employment with Arbour Lawrence on March 17, 2008. Defendants were "unable to locate" when these physicians stopped providing services at Arbour Lawrence. Defendants were unable to determine when Dr. Hill began and ended his involvement with Arbour Lawrence. *See* Ex. X to the Tabb Declaration.

18. Billing records produced by Defendants evidence that services furnished by Dr. Hill were presented to MassHealth Payors between April 2, 2007 and August 7, 2007. The billing records evidence that after September 16, 2009 Defendants no longer presented claims to the MassHealth Payors for services performed by Dr. Hart, and that after June 29, 2010 Defendants no longer presented claims to the MassHealth Payors for services furnished by Dr. Sidley at Arbour Lawrence.

19.     Defendants refer the Court to Exhibit 71 of the McLane Affidavit (Dkt. 260-71), which is comprised of three separate documents, as proof of Dr. Gaticales's qualification to supervise prescribing nurses. This exhibit is comprised of selected pages (HRI0040469 – 78) taken from a larger document produced by Defendants (HRI0030369-545) which appears to be a compilation of various records from Ms. Ortiz's personnel file.

Signed under the pains and penalties of perjury, this 25 day of July, 2019,

_____
Simon Fischer