UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **COMMONWEALTH OF MASSACHUSETTS** *ex rel.* **JULIO ESCOBAR** and **CARMEN CORREA**<br><br>          Relators–Plaintiffs,<br><br>v.<br><br>**UNIVERSAL HEALTH SERVICES, INC.**, **UHS OF DELAWARE, INC.**, and **HRI CLINICS, INC**.<br><br>          Defendants. | **C.A. No. 11-CV-11170-DPW** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the qui tam provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and the Massachusetts False Claims Act, M.G.L. c. 12, § 5C(2), and in accordance with the terms and conditions of the July 1, 2020 Settlement Agreement between the Commonwealth of Massachusetts, the United States of America, Relators Julio Escobar and Carmen Correa (collectively, the "Relators"), and Defendants Universal Health Services ("Universal"), UHS of Delaware, Inc. ("UHS-DE"), and HRI Clinics, Inc. ("HRI") d/b/a Arbour Counseling Services ("Arbour"), the parties to the above-captioned action hereby stipulate to the entry of an order dismissing with prejudice all civil claims asserted by or on behalf of the United States of America, the Commonwealth of Massachusetts and/or the Relators against Defendants for the Covered Conduct as defined in Recital Paragraph E of the Settlement Agreement, including Relators' claims concerning the payment of attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1) and (d)(2) and

M.G.L. c. 12, § 5F.  The parties to the associated cases, *United States et al. ex rel. Correa et al. v. Universal Health Services, Inc. et al.*, 17-cv-11843-DPW ("*Correa*"), and *HRI Clinics, Inc. v. Sudders, et al.*, 18-cv-11890-DPW ("*Sudders*"), will likewise be filing stipulations of dismissal soon.

                    Respectfully submitted,

                    COMMONWEALTH OF MASSACHUSETTS

                    By its attorney,

                    MAURA HEALEY
                    Attorney General

Dated:  July 21, 2020            */s/ Philip Schreiber*
                    Philip Schreiber (BBO # 667288)
                    Assistant Attorney General
                    Medicaid Fraud Division
                    One Ashburton Place, 18th Floor
                    Boston, MA 02108
                    (617) 963-2167
                    philip.schreiber@mass.gov


                    UNITED STATES OF AMERICA

                    By its attorney,

                    ANDREW E. LELLING
                    United States Attorney


Dated:  July 21, 2020            */s/ Jessica J. Weber*
                    JESSICA J. WEBER
                    Assistant United States Attorney
                    United States Attorney's Office
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3303
                    jessica.j.weber@usdoj.gov

|  |  |
|---|---|
|  | UNIVERSAL HEALTH SERVICES, INC., UHS OF DELAWARE, INC., AND HRI CLINICS, INC. |
|  | By their attorneys, |
| Dated:  July 21, 2020 | */s/ Katrina C. Rogachevsky*<br>Mark W. Pearlstein (BBO #542064)<br>Laura McLane (BBO # 644573)<br>Katrina C. Rogachevsky (BBO #691373)<br>MCDERMOTT WILL & EMERY LLP<br>200 Clarendon Street, Floor 58<br>Boston, Massachusetts 02116<br>Tel: (617) 535-4000<br>Fax: (617) 535-3800<br>mpearlstein@mwe.com<br>lmclane@mwe.com<br>krogachevsky@mwe.com |
|  | JULIO ESCOBAR & CARMEN CORREA |
|  | By their attorneys, |
| Dated:  July 21, 2020 | */s/ Thomas M. Greene*<br>Thomas M. Greene (BBO #210020)<br>tgreene@greenellp.com<br>Michael Tabb (BBO #491310)<br>matabb@greenellp.com<br>Greene LLP<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040 |

## **CERTIFICATE OF SERVICE**

I certify that, on July 21, 2020, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Katrina C. Rogachevsky*
Katrina C. Rogachevsky