UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> COMMONWEALTH OF MASSACHUSETTS ) <br> ex rel. JULIO ESCOBAR and ) <br> CARMEN CORREA, ) <br>     Relators-Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> UNIVERSAL HEALTH SERVICES, INC., ) <br> UHS OF DELAWARE, INC. and ) <br> HRI CLINICS, ) <br>     Defendants. ) | CIVIL ACTION <br> No. 11cv11170-DPW |

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Joint Stipulation of Dismissal [ECF #313] filed on July 21, 2020, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED with prejudice.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED: July 22, 2020        Deputy Clerk